IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Curtis Glenn Moorer, also known as Curtis G. Moorer, ) ) ) Plaintiff, ) ) v. ) ) Mr. Luthi, New Carolina Mortgage; ) Christopher Edwards, ) ) Defendant. ) ) | Civil Action No.: 6:15-cv-1921-RBH  **ORDER** |

Plaintiff Curtis Glenn Moorer, also known as Curtis G. Moorer, proceeding *pro se*, filed this action pursuant against the above named Defendants on May 6, 2015. *See* Compl., ECF No. 1. The matter is before the Court for review of the Report and Recommendation ("R & R") of United States Magistrate Judge Kevin F. McDonald, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina. *See* R & R, ECF No. 10. In the Report and Recommendation, the Magistrate Judge recommends the Court dismiss this action without prejudice and without service of process. *See id.* at 6. The Magistrate Judge also recommends that Plaintiff's motion for leave to proceed *in forma pauperis* be denied. *See id.*

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

No party has filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendations. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. **IT IS THEREFORE ORDERED** that this action is **DISMISSED** *without prejudice* and without service of process. **IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperi*s is **DENIED**.

**IT IS SO ORDERED.**

                                                s/ R. Bryan Harwell  
                                                R. Bryan Harwell  
                                                United States District Judge

Florence, South Carolina  
May 29, 2015